AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California ▼

<table>
<tr><td>GINO KRONFLE<br><br><br><br><br>_____<br><em>Plaintiff(s)</em><br>v.<br>AMERICAN CREDIT ACCEPTANCE, LLC, DEL<br>MAR RECOVERY SOLUTIONS, GP, DMRS GP<br>SUB, LLC, DMRS GP SUB II, LLC, and ALL<br>VALLEY DEALER AUTO AUCTION, INC.<br>_____<br><em>Defendant(s)</em></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  2:20-cv-10253-JAK-AS</td></tr>
</table>

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   1. American Credit Acceptance, LLC, 961 E. Main St., Spartanburg SC 29302
2. Del Mar Recovery Solutions, GP, 2177 Salk Ave., Ste 200, Carlsbad CA 92008
3. DMRS GP Sub, LLC, 2177 Salk Ave., Ste 200, Carlsbad CA 92008
4. DMRS GP Sub II, LLC, 2177 Salk Ave., Ste 200, Carlsbad CA 92008
5. All Valley Dealer Auto Auction, Inc., 7331 Laurel Canyon Blvd., North Hollywood CA 91605

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alexander Trueblood, 10940 Wilshire Blvd., Ste 1600, Los Angeles, CA 90024.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____11/10/2020_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:20-cv-10253-JAK-AS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: